MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0337 EMC |
| Plaintiff, | |
| v. | PARTIES' JOINT REQUEST TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER |
| JACQUELINE FROEHLICH-L'HEUREAUX, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for defendant Jacqueline Froehlich-L'Heureaux, Leland B. Altschuler, that, subject to the Court's approval, the status hearing presently set for January 18, 2012, be continued and set for a status hearing on April 25, 2012, at 2:30 p.m. The United States has learned from the Court's publicly posted availability information that the Court is available on that date.

The defendant Jacqueline Froehlich-L'Heureaux pled guilty pursuant to a plea agreement on June 4, 2007, to one count of conspiracy to gain unauthorized access to a protected computer, exceed authorized access to a protected computer, and traffic in a password allowing unauthorized access to a protected computer, in violation of 18 U.S.C. § 371. The case was referred to the Probation Office for a presentence report. The plea agreement also includes

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 EMC

standard terms of cooperation.

In light of continuing cooperation under the terms of the plea agreement, the parties jointly request that the status hearing on January 18, 2012, be continued for a status hearing on April 25, 2012, at 2:30 p.m. Additional time is needed for the defendant to complete her cooperation with the government, and, accordingly, this matter is not yet ready to proceed to sentencing. Specifically, charges have been filed against an alleged co-conspirator of the defendant, David Nosal. The <u>Nosal</u> case is numbered CR 08-0237 EMC. The United States has filed a notice of appeal in the <u>Nosal</u> case, and an <u>en banc</u> oral argument was held on December 15, 2011. The <u>Nosal</u> case will not proceed to trial until the appeal is resolved. The defendant Froehlich-L'Heureaux is expected to testify in that trial. Because Ms. Froehlich-L'Heureaux will be required to testify at trial, her cooperation with the government's investigation is not yet complete.

For all of these reasons, the parties jointly request that this Court vacate the status hearing presently set for January 18, 2012, and set a status hearing for April 25, 2012, at 2:30 p.m.

SO STIPULATED.

Dated: January 9, 2012                MELINDA HAAG
                                      United States Attorney


                                           /s/
                                      KYLE F. WALDINGER
                                      Assistant United States Attorney


SO STIPULATED.

Dated: January 9, 2012                     /s/
                                      LELAND B. ALTSCHULER
                                      Attorney for defendant Froehlich-L'Heureaux

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 EMC                          -2-

**[PROPOSED] O R D E R**

GOOD CAUSE APPEARING,
Status re
IT IS ORDERED that the sentencing hearing presently set for January 18, 2012, be continued to April 25, 2012, at 2:30 p.m.

Dated this ___11th___ day of January, 2012



_____
HONORABLE
UNITED STATES

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 EMC                    -3-