MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6830
Facsimile: (415) 436-7234
E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0337 EMC |
| Plaintiff, | |
| v. | PARTIES' JOINT REQUEST TO CONTINUE STATUS HEARING AND [PROPOSED] ORDER |
| JACQUELINE FROEHLICH-L'HEUREAUX, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for defendant Jacqueline Froehlich-L'Heureaux, Leland B. Altschuler, that, subject to the Court's approval, the status hearing presently set for April 25, 2012, be continued and set for a status hearing on September 5, 2012, at 2:30 p.m. The United States has learned from the Court's publicly posted availability information that the Court is available on that date.

The defendant Jacqueline Froehlich-L'Heureaux pled guilty pursuant to a plea agreement on June 4, 2007, to one count of conspiracy to gain unauthorized access to a protected computer, exceed authorized access to a protected computer, and traffic in a password allowing unauthorized access to a protected computer, in violation of 18 U.S.C. § 371. The case was referred to the Probation Office for a presentence report. The plea agreement also includes

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 EMC

| | |
|---|---|
| 1 | standard terms of cooperation. |
| 2 | In light of continuing cooperation under the terms of the plea agreement, the parties |
| 3 | jointly request that the status hearing on April 25, 2012, be continued for a status hearing on |
| 4 | September 5, 2012, at 2:30 p.m. Additional time is needed for the defendant to complete her |
| 5 | cooperation with the government, and, accordingly, this matter is not yet ready to proceed to |
| 6 | sentencing. Specifically, charges have been filed against an alleged co-conspirator of the |
| 7 | defendant, David Nosal. The <u>Nosal</u> case is numbered CR 08-0237 EMC. The United States has |
| 8 | filed a notice of appeal in the <u>Nosal</u> case, and an <u>en banc</u> oral argument was held on December |
| 9 | 15, 2011. The <u>Nosal</u> case will not proceed to trial until the appeal is resolved. The defendant |
| 10 | Froehlich-L'Heureaux is expected to testify in that trial. Because Ms. Froehlich-L'Heureaux will |
| 11 | be required to testify at trial, her cooperation with the government's investigation is not yet |
| 12 | complete. |
| 13 | For all of these reasons, the parties jointly request that this Court vacate the status hearing |
| 14 | presently set for April 25, 2012, and set a status hearing for September 5, 2012, at 2:30 p.m. |
| 15 | SO STIPULATED. |
| 16 | Dated: April 9, 2012                    MELINDA HAAG<br>                                                United States Attorney |
| 17 | |
| 18 | |
| 19 |                                                 _____/s/_____<br>                                                KYLE F. WALDINGER<br>                                                Assistant United States Attorney |
| 20 | |
| 21 | SO STIPULATED. |
| 22 | Dated: April 9, 2012                              _____/s/_____ |
| 23 |                                                 LELAND B. ALTSCHULER<br>                                                Attorney for defendant Froehlich-L'Heureaux |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 EMC                    -2-

**[PROPOSED] O R D E R**

GOOD CAUSE APPEARING,

IT IS ORDERED that the sentencing hearing presently set for April 25, 2012, be continued to September 5, 2012, at 2:30 p.m.

Dated this 10th day of April, 2012



_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 EMC                    -3-