| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | KYLE F. WALDINGER (ILBN 6238304)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102<br>Telephone: (415) 436-6830 |
| 7 | Facsimile: (415) 436-7234<br>E-mail: kyle.waldinger@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0337 EMC |
| Plaintiff, | ) | |
| | ) | PARTIES' JOINT REQUEST TO CONTINUE |
| v. | ) | STATUS HEARING AND [PROPOSED] |
| | ) | ORDER |
| JACQUELINE FROEHLICH-<br>L'HEUREAUX, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for defendant Jacqueline Froehlich-L'Heureaux, Leland B. Altschuler, that, subject to the Court's approval, the status hearing presently set for September 5, 2012, be continued and set for a status hearing on January 23, 2013, at 2:30 p.m. The United States has learned from the Court's publicly posted availability information that the Court is available on that date.

The defendant Jacqueline Froehlich-L'Heureaux pled guilty pursuant to a plea agreement on June 4, 2007, to one count of conspiracy to gain unauthorized access to a protected computer, exceed authorized access to a protected computer, and traffic in a password allowing unauthorized access to a protected computer, in violation of 18 U.S.C. § 371. The case was referred to the Probation Office for a presentence report. The plea agreement also includes

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 EMC

standard terms of cooperation.

In light of continuing cooperation under the terms of the plea agreement, the parties jointly request that the status hearing on September 5, 2012, be continued for a status hearing on January 23, 2013, at 2:30 p.m. Additional time is needed for the defendant to complete her cooperation with the government, and, accordingly, this matter is not yet ready to proceed to sentencing. Specifically, charges have been filed against an alleged co-conspirator of the defendant, David Nosal. The Nosal case is numbered CR 08-0237 EMC. The Nosal case has been on appeal. Earlier this month, the mandate of the Ninth Circuit issued, and the parties in the Nosal case are scheduled to appear for a status conference on August 29, 2012. The United States anticipates that a trial date will be set at that time, or shortly thereafter. The defendant Froehlich-L'Heureaux is expected to testify in that trial. Because Ms. Froehlich-L'Heureaux will be required to testify at trial, her cooperation with the government's investigation is not yet complete.

For all of these reasons, the parties jointly request that this Court vacate the status hearing presently set for September 5, 2012, and set a status hearing for January 23, 2013, at 2:30 p.m.

SO STIPULATED.

Dated: August 13, 2012              MELINDA HAAG
                                    United States Attorney


                                    _____/s/_____
                                    KYLE F. WALDINGER
                                    Assistant United States Attorney


SO STIPULATED.

Dated: August 13, 2012              _____/s/_____
                                    LELAND B. ALTSCHULER
                                    Attorney for defendant Froehlich-L'Heureaux


## [PROPOSED] O R D E R

GOOD CAUSE APPEARING,

IT IS ORDERED that the sentencing hearing presently set for September 5, 2012, be

continued to January 23, 2013, at 2:30 p.m.

Dated this \_\_\_\_13th\_\_\_\_ day of August, 2012

_____
HONORABLE
UNITED STATES



IT IS SO ORDERED
Judge Edward M. Chen