MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6830
Facsimile: (415) 436-7234
E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0337 EMC |
| Plaintiff, | |
| v. | PARTIES' JOINT REQUEST TO CONTINUE STATUS HEARING AND [PROPOSED] ORDER |
| JACQUELINE FROEHLICH-L'HEUREAUX, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States, Assistant U.S. Attorney Kyle F. Waldinger, and counsel for defendant Jacqueline Froehlich-L'Heureaux, Leland B. Altschuler, that, subject to the Court's approval, the status hearing presently set for January 23, 2013 be continued and set for a sentencing hearing on June 26, 2013 at 2:30 p.m. The United States has learned from the Court's publicly posted availability information that the Court is available on that date.

The defendant Jacqueline Froehlich-L'Heureaux pled guilty pursuant to a plea agreement on June 4, 2007, to one count of conspiracy to gain unauthorized access to a protected computer, exceed authorized access to a protected computer, and traffic in a password allowing unauthorized access to a protected computer, in violation of 18 U.S.C. § 371. The case was

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 EMC

referred to the Probation Office for a presentence report. The plea agreement also includes standard terms of cooperation.

In light of continuing cooperation under the terms of the plea agreement, the parties jointly request that the status hearing on January 23, 2013 be continued for a sentencing hearing on June 26, 2013 at 2:30 p.m. Additional time is needed for the defendant to complete her cooperation with the government, and, accordingly, this matter is not yet ready to proceed to sentencing. Specifically, charges have been filed against an alleged co-conspirator of the defendant, David Nosal. The <u>Nosal</u> case is numbered CR 08-0237 EMC. This Court has set a trial date of April 8, 2013 for the <u>Nosal</u> case. The defendant Froehlich-L'Heureaux is expected to testify in that trial. Because Ms. Froehlich-L'Heureaux will be required to testify at trial, her cooperation with the government's investigation is not yet complete.

For all of these reasons, the parties jointly request that this Court vacate the status hearing presently set for January 23, 2013 and set a sentencing hearing for June 26, 2013 at 2:30 p.m. In addition, the parties jointly request that the due dates for the presentence report be calculated using the new sentencing date.

SO STIPULATED.

Dated: January 2, 2013         MELINDA HAAG
                               United States Attorney


                               ____/s/_____
                               KYLE F. WALDINGER
                               Assistant United States Attorney

SO STIPULATED.

Dated: January 2, 2013         ____/s/_____
                               LELAND B. ALTSCHULER
                               Attorney for defendant Froehlich-L'Heureaux


**[PROPOSED] O R D E R**

GOOD CAUSE APPEARING,

IT IS ORDERED that the status hearing presently set for January 23, 2013 is vacated.

JOINT REQ. & [PROPOSED] ORDER
CR 07-0337 EMC                           -2-

The parties are ordered to appear for a sentencing hearing on June 26, 2013 at 2:30 p.m. The final presentence report should be disclosed two weeks prior to the sentencing date.

Dated this \_\_10th\_\_ day of January, 2013.



_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE